IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHERRIE L. DELONG,

    Plaintiff,        JUDGMENT IN A CIVIL CASE

 v.              Case No. 14-cv-414-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

 This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

 IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, against plaintiff Sherrie L. Delong dismissing this case without prejudice for failure to prosecute.


  __s/ A. Wiseman, Deputy Clerk__     __July 25, 2014__
  Peter Oppeneer, Clerk of Court        Date