IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHERRIE L. DELONG,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

    v.                                        Case No. 14-cv-414-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

      This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, denying plaintiff Sherrie L. Delong benefits is REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g).

|     s/ J. Smith, Deputy Clerk     |     6/9/2015     |
|:---:|:---:|
| Peter Oppeneer, Clerk of Court | Date |