IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHERRIE L. DELONG,

    Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                    Case No. 14-cv-414-bbc

CAROLYN W. COLVIN,

    Defendant.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Sherrie L. Delong against defendant Carolyn W. Colvin awarding plaintiff attorney fees and expenses in the amount of $5,750.00 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

| | |
|---|---|
| s/ J. Smith, Deputy Clerk | 7/6/2015 |
| Peter Oppeneer, Clerk of Court | Date |